## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 18511 |
| Amontae Campbell, ) | HON.  TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

To:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

See Attached Service List.

Please take notice that on January 17, 2019, at 9:30 a.m. I shall appear before the Honorable Judge Timothy A. Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on January 7, 2019.


  _/s/ Brenda Likavec____
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-18511<br>Northern District of Illinois<br>Chicago<br>Wed Oct 10 08:53:20 CDT 2018 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Briton, Ann<br>733 East 7th Street<br>Chicago Illinois 60619 | CAPITALONE<br>PO BOX 26625<br>RICHMOND, VA 23261-6625 | CCI<br>501 Greene Street # 302<br>Augusta, GA 30901-4415 |
| CREDITORS DISCOUNT & A<br>415 E MAIN ST<br>STREATOR, IL 61364-2927 | City of Chicago<br>33589 Treasury Center<br>Chicago, IL 60694-3500 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | FED LOAN SERV<br>400 Maryland Ave SW<br>Washington, DC 20202-0001 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| Honor Finance<br>1731 Central Street<br>Evanston, IL 60201-1507 | Honor Finance<br>PO Box 1817<br>Evanston, IL 60204-1817 | Illinois Secretary of State<br>2701 S Dirksen Pkwy<br>Springfield, IL 62723-0002 |
| ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | ONEMAIN<br>PO Box 3251 C/O Melissa Frymire<br>Evansville, IN 47731-3251 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 |
| PLS - 7000 N Clark<br>1006b E 162nd St<br>South Holland, IL 60473-2560 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sprint<br>P O Box 629023<br>El Dorado Hills, CA 95762-9023 |
| The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | WILBRFRCE UN<br>BUSINESS OFFICE<br>WILBERFORCE, OH 45384 | Wells Fargo Bank, N.A., d/b/a WFDS<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| direct tv<br>P.O. Box 78616<br>Phoenix, AZ 85062-8616 | Amontae Campbell<br>733 East 75th Street<br>Apt 2C<br>Chicago, IL 60619-1928 | Brian L Atlas<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC          (d)Portfolio Recovery Associates, LLC
PO Box 41067                                Successor to CAPITAL ONE BANK (USA), N.A
Norfolk, VA 23541                           (CAPITAL ONE BANK, N.A.)
                                            POB 41067
                                            Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Honor Finance                            End of Label Matrix
                                            Mailable recipients    29
                                            Bypassed recipients     1
                                            Total                  30
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 37755 |
| Amontae Campbell, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO AUTHORIZE THE RELEASE OF**
**INSURANCE PROCEEDS TO THE DEBTOR**

Amontae Campbell, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order authorizing the release of insurance proceeds to the Debtor and in support thereof the Debtor states the following:

1. On June 19, 2017, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On September 7, 2017, this Honorable Court entered and Order confirming Debtor's Chapter 13 Plan of reorganization.

3. On September 15, 2018, Debtor's 2006 Lexus ES330 was involved in a car accident and deemed a total loss.

4. Debtor's 2006 Lexus ES330 is financed by Honor Finance.

5. The proposed settlement for the vehicle is $2,507.51. Please see Exhibit A.

6. Debtor's 2006 Lexus ES330 was fully insured with United Equitable Insurance and they are providing an insurance payout in the amount of $2,507.51.

7. Debtor's insurance company, United Equitable Insurance would like to transfer $2,507.51 to Honor Finance.

8. Debtor seeks court approval to allow United Equitable Insurance to transfer $2,507.51 to Honor Finance.

6. Debtor respectfully requests this Honorable Court enter an Order authorizing United Equitable Insurance to pay $2,507.51 to Honor Finance.

7. Debtor has filed this case in good faith and is in a position to proceed.

WHEREFORE, Amontae Campbell, Debtor, respectfully requests this Honorable Court enter an Order (a) authorizing United Equitable Insurance to pay $2,507.51 to Honor Finance. and (b) for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

___/s/ Brenda Likavec___
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625