EXHIBIT A

 **United Equitable Insurance Company**
**American Heartland Insurance** 
P.O. Box 1091  Skokie, IL 60076- Phone: 847-583-4600

November 30, 2018

Amontae Campbell

VIA EMAIL ONLY:

RE:   Claim Number:
       Date of Loss:          09/15/2018
       Policy Number:

Dear Policy Holder,

Enclosed is a Proof of Loss. This form must be signed and notarized and returned to us. This offer is based upon the actual cash value of your vehicle and deductible.

If you are making payments on your vehicle, please also include your Finance Company's information as they must be contacted prior to payment being issued and included in the payment.

Name of Finance Company
_____

Phone:_____

Account Number:_____

We are unable to issue a settlement check until the enclosed forms have been returned. If you do not have a lien holder and have the title to the vehicle, **please mail the title**. If you do not mail the title and do not have a Finance Company no payment will be issued until we receive the title. Again, without your finance company information or the title, no payment can be issued. **If you are not keeping your vehicle and have not already done so, please remove all belongings and license plates from your vehicle by 12/07/2018. Your license plates can be transferred if you purchase a new vehicle.**

If you have any questions, please feel free to contact me at 847-583-4600

Sincerely:
Kathryn Townsend - Total Loss Adjuster
Ph. 847-583-4600 // Fx. 847-583-9011

Rule 919 of the Illinois Department of Insurance requires that our company advise you if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division, at 320 W. Washington, Springfield, IL. 62767; or at 122 S. Michigan Ave Suite 1900 Chicago, IL. 60603

# SWORN STATEMENT IN PROOF OF LOSS (AUTOMOBILE)

**POLICY NUMBER**
11/19/2018 - 05/19/2019

**POLICY PERIOD**

**CLAIM NUMBER**
United Equitable Insurance

**INSURANCE COMPANY NAME**

By the above numbered policy of insurance, you insured    Amontae Campbell

(Hereafter called the Insured) according to the terms and conditions contained therein, including the written portion thereof and all endorsements, transfers and assignments attached thereto, on automobile describes as follows:

| 2006 | Lexus | ES330 | JTHBA30G265157690 |
|---|---|---|---|
| YEAR | MAKE | BODY | VEHICLE IDENTIFICATION NUMER |

**DATE OF LOSS:** A loss occured on the   09/15/2018     about the hour of

which loss upon the best knowledge and belief of Insured was caused by   collision

at location   Matteson, IL

**OWNERSHIP:** When the abovementioned policy was issued to the Insured, Insured was the sole and unconditional owner of the automobile described. No encumbrance of said property existed nor has since been made nor has there been any change in the title, use, location or possession of said automobile except as follows:

**SUBROGATION** The Insured hereby covenants that no release has been or will be given to or settlement with any third party who may be liable in damages to the insured; and the insured in consideration of the payment made under this policy hereby assigns and transfers to the said company to the extent of the payment herein made each and all clams and demands against any other party, person, persons, partnership, or corporation, arising from or connected with such a loss and damage, and to the said company is hereby authorized and empowered to sue, compromise or settle in my name or otherwise to the extent of the money paid as aforesaid.

| | |
|---|---|
| **Cash Out Settlement:** *The cash out settlement of the above described auto at the time of said loss* | $ 5,101.00 |
| **Less Deductible:** *The deductible provision applied to this loss* | $ 500.00 |
| **Less Other:** Unrelated prior damage | $2,093.49 |
| **Less Other:** | $ 0.00 |
| **Cash Out Settlement:** *The total of Cash Out Settlement less the above described deductions* | $ 2,507.51 |

**STATEMENTS OF INSURED** The said loss did not originate by any act, design or procurement on the part of the insured of this affiant; nothing has been done by or with the privity or consent of insured or this affiant, to violate the conditions of this policy, or render it void; no attempt to deceive the said insurer, as to the extent of said loss, has in any manner been made, and no material fact is withheld that the said insurer should be advised of. Any further information that may be required will be furnished on demand and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

Date _____ Signature _____

Witness    Subscribed and sworn to before me this _____ day of _____ ,20 ____

       Notary Public _____